

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00125-CR

Juan **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5481
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED.

SIGNED July 22, 2015.

_____
Patricia O. Alvarez, Justice